UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| GARY SMITH, | : | **VIOLATION:** |
| | : | 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and |
| | : | (b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine Base) |
| Defendant. | : | |
| | : | **FORFEITURE** |
| | : | 21 U.S.C. §§ 853(a), (p) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about December 5, 2025, within the District of Columbia, **GARY SMITH**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug-controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C)).

### COUNT TWO

On or about December 12, 2025, within the District of Columbia, **GARY SMITH**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug-controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C)).

## COUNT THREE

On or about January 30, 2026, within the District of Columbia, **GARY SMITH**, did unlawfully, knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug-controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)).

## COUNT FOUR

On or about February 11, 2026, within the District of Columbia, **GARY SMITH**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug-controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C)).

## COUNT FIVE

On or about March 5, 2026, within the District of Columbia, **GARY SMITH**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug-controlled substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C)).

## FORFEITURE ALLEGATION

1.    Upon conviction of the offenses alleged in Counts One though Three of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to 21 U.S.C. §§ 853(a), (p))

A TRUE BILL:

_____

FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _____
César S. Rivera-Giraud
Assistant United States Attorney
Chief, VCNT Section